# Court of Appeals
# of the State of Georgia

ATLANTA,___May 22, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12D0378.  JOSIAH BENNETT v. THE STATE.**

On May 3, 2012, Josiah Bennett filed this application for discretionary appeal to challenge the trial court's October 6, 2011, order denying his motion to modify his sentence.[1]  To be timely, however, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). Because Bennett filed his application 210 days after the trial court entered its order, it is untimely. Accordingly, we lack jurisdiction over the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_05/22/2012_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

, *Clerk.*

---

[1] Bennett, who was convicted in 1996, has apparently filed numerous such motions.  In its order, the trial court noted that "[a]ny further requests by Defendant to correct or reduce his sentence shall be deemed frivolous and shall be denied filing by the McIntosh County Clerk of Court."